**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Albert Delon REED, Jr., Defendant—
Appellant.**

No. 12–6786.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 10, 2012.

Decided: July 19, 2012.

Albert Delon Reed, Jr., Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Delon Reed, Jr. appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Reed,* No. 4:94–cr–00383–CWH–1 (D.S.C. Mar. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*